**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-cv-23617-WILLIAMS

MARQUAZE LEROY EDMONDS,

    Plaintiff,

    v.

K. HEPBURN,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 6) screening Plaintiff's 42 U.S.C. § 1983 Complaint (DE 1). Magistrate Judge Reid recommends that the case proceed only as to Plaintiff's claims of excessive use of force and assault, but that Plaintiff be given leave to amend the remaining allegations in the Complaint. Plaintiff did not file objections to the Report.

Upon and independent review of the Report (DE 6), the record, and applicable case law, it is **ORDERED AND ADJUDGED**:

1. The conclusions in the Report (DE 6) are **AFFIRMED AND ADOPTED**.

2. The Complaint shall **PROCEED** as to Plaintiff's claims of excessive use of force and assault against Defendant K. Hepburn.

3. All remaining allegations are **DISMISSED without prejudice**. Plaintiff may file an amended complaint curing the deficiencies outlined in the Report (DE 6) no later than **March 11, 2021**. Failure to file an amended complaint by this date may result in dismissal of these remaining allegations with prejudice.

4. The Clerk is directed to mail this Order (DE 8) to Plaintiff along with the Report and Recommendation (DE 6).

**DONE AND ORDERED** in chambers in Miami, Florida, this <u>9th</u> day of February, 2021.

_____<br>
KATHLEEN M. WILLIAMS<br>
UNITED STATES DISTRICT JUDGE

CC:  Marquaze Leroy Edmonds, *Pro Se*
     Inmate #190162840
     Miami-Dade County Pre-Trial Detention Center
     Inmate Mail/Parcels
     1321 N.W. 13th Street
     Miami, FL 33125